**MISSOURI & ARKANSAS RAILWAY COMPANY, Petitioner, v. ADMINISTRATOR OF WAGE AND HOUR DIVISION, UNITED STATES DEPARTMENT OF LABOR.**

Original No. 523.

Circuit Court of Appeals, Eighth Circuit.

Aug. 31, 1942.

W. S. Walker, of St. Louis, Mo., for petitioner.

Irving J. Levy, Asst. Sol., U. S. Department of Labor, and Louis Sherman, U. S. Department of Labor, both of Washington, D. C., for respondent.

PER CURIAM.

Petition for review dismissed without costs, on stipulation.

**Anna D. MULLIGAN, Debtor, Appellant, v. FEDERAL LAND BANK OF OMAHA et al.**

No. 12396.

Circuit Court of Appeals, Eighth Circuit.

Aug. 24, 1942.

G. E. Price, of Lincoln, Neb., and Kenneth S. Wherry, of Pawnee City, Neb., for appellant.

William W. Graham, of Omaha, Neb., for appellees.

PER CURIAM.

Petition for leave to appeal from order of United States District Court for the District of Nebraska denied and allowance of appeal denied.

**NATIONAL LABOR RELATIONS BOARD v. AMERICAN DEVELOPMENT COMPANY.**

No. 2613.

Circuit Court of Appeals, Tenth Circuit.

Sept. 11, 1942.

Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Dewey Sims and Grant Waggoner, both of Picher, Okl., for respondent.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

A consent decree, enforcing the order of the Board, was entered pursuant to stipulation of the parties.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. COOPER MANUFACTURING COMPANY.**

No. 12405.

Circuit Court of Appeals, Eighth Circuit.

Aug. 24, 1942.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Allyn R. Cooper, President, Cooper Manufacturing Company, for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.